B. Benedict WATERS, Plaintiff–
Appellant,

v.

Antje CHIRONIS; et al., Defendants–
Appellees.

No. 01–55030.

D.C. No. CV–96–06475–AJW.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2002.*

Decided Jan. 25, 2002.

Before KLEINFELD, HAWKINS, and
SILVERMAN, Circuit Judges.

MEMORANDUM ***

B. Benedict Waters appeals pro se the
district court's order denying Waters' motion to strike costs, re-tax costs and vacate
an ex parte order allowing defendants additional time to file a bill of costs. We
have jurisdiction pursuant to 28 U.S.C.
§ 1291. We review for abuse of discretion
the district court's award of costs, *Johnson
v. Pac. Lighting Land Co.*, 878 F.2d 297,
298 (9th Cir.1989), and denial of a motion
to re-tax costs, *California Union Ins. Co.
v. Am. Diversified Sav. Bank*, 948 F.2d
556, 567 (9th Cir.1991). We affirm.

Waters' motion to vacate the ex parte
order allowing defendants to file an un-
timely bill of costs was filed nearly three
months after the order was entered. "An
untimely motion for reconsideration is construed as a motion based on Fed.R.Civ.P.
60(b)." *Mt. Graham Red Squirrel v. Madigan*, 954 F.2d 1441, 1463 n. 35 (9th Cir.
1992). Denial of such a motion is reviewed
for abuse of discretion. *See Sch. Dist. No.
1J, Multnomah County v. ACandS, Inc.*, 5
F.3d 1255, 1262 (9th Cir.1993). Because
Waters failed to demonstrate mistake, inadvertence, surprise, excusable neglect,
newly-discovered evidence, or any other
basis for relief from judgment, the district
court did not abuse its discretion by denying his motion to reconsider. *See id.* at
1262–63.

The district court did not abuse its discretion in awarding defendants $922.80 in
costs, including $407 for service of process
fees and $515.80 for witness fees, because
these costs were properly recoverable under Fed.R.Civ.P. 54(d) and 28 U.S.C.
§ 1920. *See Alflex Corp. v. Underwriters
Lab., Inc.*, 914 F.2d 175, 177 (9th Cir.1990)
(per curiam) (private service of process
fees); *Assoc. of Flight Attendants, AFL–
CIO v. Horizon Indus. Inc.*, 976 F.2d 541,
551 (9th Cir.1992) (statutory witness fees).

Waters' remaining contentions lack merit.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the
courts of this circuit except as may be provided by 9th Cir. R. 36–3.